**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:22-CR-00146** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER L CAGE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Pursuant to a January 29, 2025, Order [Doc. No. 80] filed by the United States Court of Appeals for the Fifth Circuit, the above proceeding was REMANDED to this Court to reconsider Christopher L. Cage's ("Cage") sentence in light of *United States v Minor*, 121 F.4th 1085, 1093 (5th Cir. 2024).

Cage's sentencing is therefore refixed for March 4, 2025, at 10:00 a.m. Counsel for Cage and for the Government may file briefing addressing the effect of the *Minor* case on Cage's sentencing no later than seven (7) days prior to said sentencing date.

Additionally Probation and Parole shall revise the Presentence Report in accordance with *United States v Minor*.

MONROE, LOUISIANA, this 30th day of January, 2025.

Terry A. Doughty
United States District Judge